IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MAMADOU BELLA DIALLO, : No. 3:26cv286
    Petitioner :
: (Judge Munley)
:
v. :
:
CRAIG LOWE, in his official capacity :
as the Warden of Pike :
County Correctional Facility, et al., :
    Respondents :

## ORDER

**AND NOW**, to wit, this 18 day of February 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Mamadou Bella Diallo's petition for writ of habeas corpus, (Doc. 1), is **GRANTED**.

2) Respondents shall **immediately** release Diallo from their custody;

3) Within 48 hours, respondents shall file a declaration or affidavit pursuant to 28 U.S.C. § 1746 confirming that Diallo has been released from custody;

4) Respondents, including United States Immigration and Customs Enforcement, may not impose any other restrictions on Diallo's release, including any form of body-worn electronic monitoring.

5) Respondents are permanently enjoined from re-detaining Diallo under 8 U.S.C. § 1225(b)(2)(A);

6) Respondents are temporarily enjoined from re-arresting Diallo for a period of 14 days to ensure that this habeas remedy is effective;

7) Should respondents detain Diallo pursuant to 8 U.S.C. § 1226(a), petitioner may move to reopen this matter if the government fails to schedule a timely bond hearing in which an IJ assesses whether he poses a flight risk or a danger to the community;

8) Diallo may file a motion for attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 within thirty (30) days of the date of this order; and

9) The Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court